UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:09-M-1258-1

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| **Kianie J. Allen** | ) | |
| **(True Name: Kiante J. Allen)** | ) | |

On October 6, 2009, defendant Kianie J. Allen appeared before the Honorable William A. Webb, U.S. Magistrate Judge and pursuant to an earlier plea of guilty to Driving While Impaired - Level 2, in violation of 18 U.S.C. § 13 assimilating N.C.G.S. 20-138.1, was sentenced to a 12-month term of probation.

From evidence presented at the revocation hearing on 5 November 2010, the court finds as a fact that Kianie J. Allen, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Criminal conduct.
2. Failure to notify the probation officer of contact with law enforcement.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 6 months. The defendant is to receive credit for time served while awaiting this hearing.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS RECOMMENDED** that the defendant serve his sentence at FCI Butner and that he participate in substance abuse treatment while incarcerated.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 5th day of November, 2010.

James E. Gates
U.S. Magistrate Judge